United States District Court
Southern District of Texas
**ENTERED**
October 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERTO G LUCIO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-189 |
| | § | |
| FERN AT TENTH LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's order of October 8, 2019,[1] Plaintiff Roberto G. Lucio's claims against Defendants Fern at Tenth, LLC; Bert Ogden Motors, Inc.; Fiesta Nissan, Inc.; and Robert C. Vackar, having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 21st day of October, 2019.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.